In the Matter of EDWARD V. O'HARE, JR., Appellant, against OTIS A. LEONARD et al., Constituting the Board of Elections of Chemung County, et al., Respondents.

THOMAS J. BANFIELD et al., Respondents.

Argued October 25, 1946; decided October 25, 1946.

694

*Edward W. Eaton* for Thomas J. Banfield and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.